No. 01–411.  HARRIS *v.* GALJOUR ET UX.  Ct. App. La., 1st Cir. Certiorari denied.

No. 01–416.  CORRIGAN *v.* IMAGINETICS, INC.  Ct. App. Wash. Certiorari denied.

No. 01–418.  BEW ET AL. *v.* CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–422.  KAYSER, DBA QUALITY EXPRESS *v.* ROADWAY PACKAGE SYSTEM, INC.  C. A. 3d Cir.  Certiorari denied.

No. 01–424.  RAINBOW CONSTRUCTION CO. ET AL. *v.* RADCLIFFE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–426.  KEMPER INSURANCE COS. *v.* FEDERAL EXPRESS CORP.  C. A. 1st Cir.  Certiorari denied.

No. 01–427.  CORNISH *v.* ATTORNEY GRIEVANCE COMMISSION OF MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 01–428.  NEGOCE *v.* BLYSTAD SHIPPING & TRADING, INC. C. A. 2d Cir.  Certiorari denied.

No. 01–429.  TULLIS ET UX. *v.* LEE, SMART, COOK, MARTIN & PATTERSON P. S., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–430.  THRASH *v.* GULLIFORD.  C. A. 9th Cir.  Certiorari denied.

No. 01–431.  DALE M., BY HIS MOTHER AND NEXT FRIEND, ALICE M. *v.* BOARD OF EDUCATION OF BRADLEY-BOURBONNAIS HIGH SCHOOL DISTRICT NO. 307 ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–433.  NATIONAL TELEPHONE COOPERATIVE ASSN. *v.* EXXON MOBIL CORP.  C. A. D. C. Cir.  Certiorari denied.

No. 01–434.  TRANSOCEAN TERMINAL OPERATORS, INC. *v.* TAYLOR.  Ct. App. La., 4th Cir.  Certiorari denied.